United States Courts
Southern District of Texas
FILED

JUN 24 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Vs.
**Jose Alfredo Jimenez-Tellez**

**CRIMINAL COMPLAINT**

Case Number: C-19-2444M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __June 23, 2019__ (Date) in __Brooks__ County, in the Southern District of Texas, defendant, **Jose Alfredo Jimenez-Tellez**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title __8__ United States Code, Section(s) __1324__.
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:
Official Title

See Attached Affidavit of U.S. Border Patrol Agent **Adam Nichols**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant
**Adam Nichols**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

June 24, 2019                               at                    Corpus Christi, Texas
Date                                                              City and State

**Jason B. Libby  U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**FACTS/DETAILS:**
On June 23, 2019, at approximately 8:05 p.m., a blue Kenworth commercial tractor approached the primary inspection lane of the United States Border Patrol Immigration Checkpoint near Falfurrias, Texas. As the vehicle approached the location of the BPA K. Krukowski, she observed one subject in the vehicle. When the tractor came to a stop for primary inspection, the driver of the tractor, later identified as Jose Alfredo JIMENEZ-Tellez, stated to BPA K. Krukowski he was alone in the tractor without her asking any questions. BPA K. Krukowski continued to question JIMENEZ about the load he was hauling and his route. BPA K. Krukowski noted JIMENEZ was answering quickly as to hurry along the inspection. BPA K. Krukowski noted a distinct body odor coming from the cab of the tractor. BPA K. Krukowski asked JIMENEZ for consent to look under the bed in the sleeper area of the tractor. JIMENEZ went to the sleeper area and attempted to lift the bed and quickly dropped the bed. JIMENEZ lifted the bed again and BPA. K. Krukowski saw what appeared to be two subjects concealed underneath the bed. At this time BPA K. Krukowski directed JIMENEZ to the secondary area.

In the secondary area, JIMENEZ was directed to step down from the tractor while agents searched the cab of the tractor. Agents discovered one subject concealed under a blanket on the bed. Agents discovered a second subject concealed in a closet behind the driver seat. Three additional subject were discovered concealed a compartment underneath the bed. The concealed subjects were questioned as to their citizenship. Two subjects admitted to being citizens of Honduras and three subjects admitted to being citizens of China. All five subjects admitted to being in the United States illegally without proper documentation. JIMENEZ and the five concealed subjects were placed under arrest and taken into the checkpoint for further processing.

**MIRANDA RIGHTS WARNING:**
All subjects were read their rights in their preferred language and signed accordingly that they understood their rights. JIMENEZ was willing to make a statement without an attorney present. Misael MENDEZ-De Leon and Jie Wu CHENG were willing to make a statement without an attorney present. Dilma Cecilia OSEGURA-Garcia was not willing to make a statement without an attorney present.

**PRINICPAL STATEMENT (Jose Alfredo JIMENEZ-Tellez):**
JIMENEZ stated he loaded his trailer in McAllen, Texas during the night of June 22, 2019 with ten pallets of produce. JIMENEZ stated he decided to sleep in the truck at the truck yard of Kool Transport in Hidalgo, Texas. JIMENEZ stated on June 23, 2019 around 11 in the morning he was picked up from the truck yard by his wife and children to eat in San Juan, Texas. JIMENEZ stated at approximately six in the evening he returned to the truck and traveled North to the Falfurrias Checkpoint.

**MATERIAL WITNESS STATEMENT (Misael MENDEZ-De Leon):**
MENDEZ stated he crossed the Rio Grande River with OSEGURA three days ago (June 20, 2019) at approximately 3:30 in the afternoon near Hidalgo, Texas. MENDEZ stated they walked for approximately six hours before coming to a house. MENDEZ stated they stayed at this house until the following morning where they were picked up by a vehicle and taken to an abandoned house. The same vehicle picked MENDEZ and OSEGURA up from the house at approximately five in the evening to drive them to the tractor. MENDEZ stated when they arrived at the tractor they were instructed to get in on the passenger side. MENDEZ stated JIMENEZ instructed him to get in the closet behind the driver seat. When presented with a photo lineup containing JIMENZ, MENDEZ was able to positively identify JIMENEZ as the driver of the tractor.

**MATERIAL WITNESS STATEMENT (Jie Wu CHENG):**
CHENG stated he was brought to the United States by a Taiwanese business man approximately 10 to 20 days ago. CHENG stated the business man told him to get into the first vehicle he finds. CHENG stated he climbed into the truck at a gas station, and the driver of the tractor was unaware he was there. When presented with a photo lineup containing JIMENEZ, CHENG was able to positively identify JIMENEZ but stated he did not see JIMENEZ until they were getting arrested.

**DISPOSITION:**
The facts of this case were presented to Assistant United States Attorney David Paxton who accepted Jose Alfredo JIMENEZ-Tellez for prosecution of 8 USC 1324, Alien Smuggling. Misael MENDEZ-De Leon, Dilma Cecilia OSEGUERA-Garcia, and Jie Wu CHENG will be held as material witnesses.

Adam S. Nichols
Border Patrol Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this day June 24, 2019.

Jason B. Libby
United States Magistrate Judge